**Garolyn M. FIELDS, Petitioner**

v.

**UNITED STATES RAILROAD**
**RETIREMENT BOARD,**
**Respondent.**

**No. 15–60158**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Garolyn M. Fields, Houston, TX, pro se.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**340**

Eunice Chung Kirk, Steven Bartholow, Karl T. Blank, U.S. Railroad Retirement Board Office of General Counsel, Chicago, IL, for Respondent.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

Garolyn Fields seeks an annuity provided by the Railroad Department Act because of her marriage to Milton Fields, deceased. This court has jurisdiction of her appeal only if she has exhausted her claim before the Railroad Retirement Board. She has failed to do so and this court must dismiss.

She presented her claim in 2009 and it was denied and reconsidered but denied again by the Bureau of Hearings and Appeals on November 23, 2009. In response to her letter that she disagreed, the Agency informed her that an appeal had to be filed on HA–1 form before January 22, 2010. The form was enclosed in a return envelope. But she failed to file the appeal until June 28, 2013. Having no final decision by the three-member Board, this court has no jurisdiction to act.

DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.